19 So.2d 853

**James HYDE v. STATE.**

8 Div. 434.

Court of Appeals of Alabama.

Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.

Affirmed.

20 So.2d 894

**William IRONS v. STATE.**

8 Div. 420.

Court of Appeals of Alabama.

Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

20 So.2d 894

**William IRONS v. STATE.**

8 Div. 421.

Court of Appeals of Alabama.

Jan. 23, 1945.

Burglary, receiving stolen property and grand larceny.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

12 So.2d 872

**Early JACKSON v. STATE.**

8 Div. 316.

Court of Appeals of Alabama.

March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

12 So.2d 872

**Early JACKSON v. STATE.**

8 Div. 317.

Court of Appeals of Alabama.

March 2, 1943.

Application for Rehearing Stricken
Mar. 16, 1943.

H. H. Hamilton, of Russellville, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

11 So.2d 880

**Joe Nathan JACKSON v. STATE.**

4 Div. 738.

Court of Appeals of Alabama.

Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.